JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HOMELAND HOUSEWARES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>REMARKABLE PRODUCTS INTERNATIONAL, INC., a New York corporation,<br><br>Defendant and Counterclaimant. | CASE NO. CV09-1934 (RSWL)(PLAx)<br><br>**ORDER OF DISMISSAL** [PROPOSED] |
|---|---|

All parties hereto having stipulated to the dismissal of the entire action with prejudice pursuant to FRCP 41(a)(1)(A)(ii) with all parties to bear their own attorneys' fees and costs.

IT IS HEREBY ORDERED that this matter is and shall be dismissed in its entirety with prejudice, all parties to bear their own attorneys' fees and costs.

DATED: September 18, 2009

/ S /
HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge

1
**ORDER OF DISMISSAL**